**No. 53242.**—Kawahara Co. et al. *v.* United States, protests 549901–G, etc. (Los Angeles).

Opinion by Cole, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as the durikono passed upon in Abstract 52550, the claim of the plaintiffs was sustained.

**No. 52243.**—M. Kopit Co. et al. *v.* United States, protests 123475–K (A), etc. (New York).

Opinion by Mollison, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53244.**—Leather Trading Corp. *v.* United States, protests 132483–K, etc. (New York).

Opinion by Mollison, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53245.**—Comex Wine & Spirits, Inc., et al. *v.* United States, protests 140162–K, etc. (New York).

Opinion by Mollison, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, JUNE 9, 1949

**No. 53246.**—International Expediters, Inc., et al. *v.* United States, protests 124870–K/789, etc. (Chicago).

Opinion by Lawrence, J. The protests were dismissed.